

# DAVID L. MENDOZA
JUDGE 178TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002

FAX (713) 368-9204                          (713) 755-6336                    david_mendoza@justex.net

June 26, 2015

Perry Eugene Williams
Execution No. 999420
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Sir:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 0 _ 2015

Abel Acosta Clerk

Enclosed is a copy of the trial court's order of June 26, 2015, setting your
execution date for Tuesday, September 29, 2015.

DAVID MENDOZA
Presiding Judge
178th District Court
Harris County, Texas

cc:   Joni White                                    Travis Bragg
      Assistant Director                            Assistant Attorney General
      Classifications & Records Division            Attorney General's Office
      TDCJ – ID                                     209 W. 14TH Street
      P. O. Box 99                                  Austin, Texas 78701
      Huntsville, Texas 77342-0099

      Abel Acosta                                   Lynn Hardaway
      Clerk                                         Assistant District Attorney
      Court of Criminal Appeals                     1201 Franklin, St. 600
      P. O. Box 12308                               Houston, Texas 77002
      Capitol Station
      Austin, Texas 78711

      Maria Ramirez                                 J. Sidney Crowley
      Board of Pardons & Paroles                    Attorney at Law
      Executive Clemency Unit                       214 Martin Street
      8610 Shoal Creek                              Richmond, Texas 77469
      Austin, Texas 78758

CAUSE NO. 856243

| STATE OF TEXAS | § | IN THE 178TH DISTRICT COURT |
| V. | § | OF |
| PERRY EUGENE WILLIAMS | § | HARRIS COUNTY, TEXAS |

## EXECUTION ORDER

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 856243-A, now enters the following order:

IT IS HEREBY ORDERED that the Defendant, PERRY EUGENE WILLIAMS, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas until Tuesday, the 29th day of September, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said PERRY EUGENE WILLIAMS and until the said PERRY EUGENE WILLIAMS is dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas

Department of Criminal Justice.

The Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said PERRY EUGENE WILLIAMS. The Sheriff of Harris County, Texas is hereby Ordered, upon receipt of said Death Warrant, to deliver said Death Warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED this 26th day of June, 2015.


DAVID MENDOZA
Presiding Judge
178th District Court
Harris County, Texas

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office this

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy